**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PARDEEP KUMAR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5799** |
| | : | |
| **JAMISON, *et al.*** | : | |

# ORDER

**AND NOW**, this 19th day of August 2026, upon considering the respondents' certification of compliance (DI 6) of our August 18, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall **close** this case.

**MURPHY, J.**